1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY HARRIS, | Case No. 3:22-cv-00556-ART-CSD |
| Plaintiff, | |
| v. | **ORDER RE: SERVICE OF PROCESS** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

10
11
12
13
14

The Office of the Attorney General did not accept service of process on behalf of Defendants **Robert Dugan** and **Dawn Jones,** who are no longer employees of the Nevada Department of Corrections. (ECF No. 25.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 26.)

15
16
17
18
19
20
21

The Clerk shall ISSUE summonses for **Robert Dugan** and **Dawn Jones** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 26.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint, (ECF No. 17), the screening order, (ECF No. 19), and this order to the U.S. Marshal for service on Defendants Robert Dugan and Dawn Jones. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

22
23

Plaintiff is reminded that **February 18, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

24

**IT IS SO ORDERED.**

25
26

DATED:  December 12, 2023.

27
28

UNITED STATES MAGISTRATE JUDGE