# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-00556-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

Pursuant to the court's order of February 23, 2024 (ECF No. 40), the Office of the Attorney General has filed the last known address for Defendant Jennifer Hunt under seal. (ECF No. 44.)

The Clerk shall ISSUE a summons for **Jennifer Hunt** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 44.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint, (ECF No. 17), the screening order, (ECF No. 19), and this order to the U.S. Marshal for service on Defendant Jennifer Hunt. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **April 26, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: March 11, 2024.

_____
UNITED STATES MAGISTRATE JUDGE