UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HARRIS, | Case No.: 3:22-cv-00556-ART-CSD |
| Plaintiff | **Order** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

On April 25, 2024, the summons return for Jennifer Hunt addressed to Plaintiff was returned as undeliverable from Ely State Prison (ESP), with a notation that Plaintiff is no longer at ESP. (ECF Nos. 48, 49.) Under Local Rule IA 3-1, a party must immediately file with the court written notification of any change in his contact information. The failure to do so may result in the dismissal of the action or other appropriate sanction. Plaintiff has until **May 17, 2024**, to file his updated contact with the court or this action may be dismissed. The Clerk shall **SEND** a copy of this Order to Plaintiff at High Desert State Prison, as the Nevada Department of Correction's online database indicates Plaintiff is now housed there.

**IT IS SO ORDERED**.

Dated: April 26, 2024

_____
Craig S. Denney
United States Magistrate Judge