# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HARRIS,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 3:22-cv-00556-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 64 |

Plaintiff filed a request for court action and a hearing. (ECF No. 64.) Defendants filed a response. (ECF No. ECF No. 69.) Plaintiff filed a reply. (ECF No. 70.)

A discovery motion will not be considered by the court unless the moving party has included a declaration setting forth that he or she has engaged in a good faith effort to meet and confer before filing the motion. LR 26-6(c).

Plaintiff indicates that he sent discovery requests to prior counsel for Defendants, who represented that she did not receive the requests. Current counsel for Defendants indicates that there are no discovery requests from Plaintiff in the file; however, he expresses a willingness to meet and confer with Plaintiff in a good faith effort to resolve this issue. Plaintiff's motion (ECF No. 64) is **DENIED WITHOUT PREJUDICE.** The parties are directed, if they have not already, to meet and confer regarding Plaintiff's discovery requests.

 **IT IS SO ORDERED**.

Dated: August 27, 2024

_____
Craig S. Denney
United States Magistrate Judge