UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY HARRIS,<br>                          Plaintiff,<br>   v.<br>W.A. GITTERE, *et al.*,<br>                          Defendants. | Case No. 3:22-cv-00556-ART-CSD<br><br>ORDER |

The Second Amended Complaint in this action was filed on February 23, 2023 (ECF No. 17). The Court issued a notice of intent to dismiss Terrel under Fed. R. Civ. P. 4(m) unless proof of service is filed by August 24, 2024. (ECF No. 68.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Terrel are dismissed without prejudice.

DATED THIS 7th day of November 2024.

_____

Anne R. Traum
United States District Court Judge