# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HARRIS,<br><br>　　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　Defendants | Case No.: 3:22-cv-00556-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 132 |

Plaintiff's request for an extension of time (ECF No. 132) is **GRANTED** insofar as Plaintiff has until **October 21, 2025,** to file his response to Defendants' motion for summary judgment. There will be no further extensions absent a showing of exceptional circumstances.

**IT IS SO ORDERED**.

Dated: September 30, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge