1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

4

5

6

7

8

ANTHONY HARRIS,

　　Plaintiff

v.

STATE OF NEVADA, et al.,

　　Defendants

Case No.: 3:22-cv-00556-ART-CSD

**Order**

Re: ECF No.136

9      Plaintiff has requested an extension of time to file his response to Defendants' motion for

10   summary judgment so that he can obtain funds to retain an attorney, and he also requests an

11   order that Defendants return legal files that were taken from his property (ECF Nos. 48, 49, 51,

12   57, 74-81, 102, 105-123, 125, 129-133). (ECF No. 136.)

13      Plaintiff's motion (ECF No. 136) is **GRANTED** to the extent that Plaintiff has until

14   **December 15, 2025**, to file his response to Defendants' motion for summary judgment.

15      With respect to Plaintiff's request for an order that certain docketed filings be returned to

16   Plaintiff, Plaintiff's request is **GRANTED** insofar as the Attorney General's Office shall

17   coordinate with Plaintiff to have his legal documents from the docket in this case returned.

18      Many of the filings Plaintiff requests have nothing to do with the substantive issues in

19   this case; however, the court will have the Clerk shall **SEND** Plaintiff a copy of the docket in this

20   matter. In addition, the Clerk shall **SEND** Plaintiff a copy of Defendants' motion for summary

21   judgment (ECF Nos. 123, 123-1 to 123-5), as well as ECF No. 124 (Defendants' motion for

22   leave to file Plaintiff's medical and institutional records under seal) and ECF No. 126

23   (Defendants' notice of manual filing).

1    Plaintiff may kite the warden to review the medical and institutional records that have

2  been provisionally filed under seal. Plaintiff may also kite the warden to review Defendants'

3  Exhibit A (a DVD containing a video recording of the use of force on October 19, 2022), Exhibit

4  C (a DVD containing a video recording from a security camera of the use of force on October

5  19, 2022), and Exhibit J (a DVD containing an audio recording from the disciplinary hearing on

6  January 5, 2023), all of which were manually filed with the court.[1]

7    The Attorney General's Office shall ensure that Plaintiff is afforded a reasonable

8  opportunity to review the medical and institutional records provisionally filed under seal as well

9  as the DVDs that were filed manually so that he may timely prepare his response to Defendants'

10  motion for summary judgment.

11  **IT IS SO ORDERED**.

12  Dated: October 29, 2025

13  _____

      Craig S. Denney
14    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

---

[1] In their notice of manual filing, Defendants represent that these Exhibits will be made available to Plaintiff. (ECF No. 126 at 2:2.)