# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTHONY HARRIS,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:22-cv-00556-ART-CSD

**Order**

Defendants filed a motion for summary judgment in this case on August 14, 2025. (ECF No. 123.) Plaintiff had until September 5, 2025, to file a response. (*See* ECF No. 128.) On September 2, 2025, Plaintiff requested and the court granted an extension, until September 24, 2025, to file his response. (ECF Nos. 129, 130.) Plaintiff filed and was granted another extension, until October 21, 2025, to file his response. (ECF Nos. 132, 135.) Plaintiff filed a third request for an extension (ECF No. 136), and gave Plaintiff an extension until December 15, 2025, to file his response (ECF No. 137).

As of January 5, 2026, Plaintiff had not filed a response to the motion for summary judgment, and the undersigned issued a report and recommendation that the motion be granted—not based on the failure to respond, but based on a substantive evaluation of Defendants' motion and the evidence presented. (ECF No. 139.)

Yesterday afternoon, January 20, 2026, at 2:05 p.m., members of the court's staff received an email from a Nicole Morgan at the email address Dtrmnd1@outlook.com with the subject line: "Notice of Submission Issues and Courtesy Copy of Motions – Harris v. State Case No. 3:22-cv-00556-ART-CSD." Deputy Attorney General Kyle Hill was copied on the email.

The body of the email purports to be from Plaintiff, Anthony Harris. Plaintiff asserts that his scheduled in unit law library visit did not occur on December 15, 2025, and several motions that he prepared and submitted through interdepartmental mail were not transmitted to or received by the court. Attached to the email were two documents: (1) a motion for status update, notice of non-receipt of filings, request for extension of time, and request for relief; and (2) Plaintiff's declaration. The court has attached a copy of the email, motion and declaration to this Order.

In his motion, Plaintiff asserts that on December 15, 2025, he submitted a motion to amend and amended complaint, response to Defendants' motion for summary judgment and motion for appointment of counsel. Plaintiff received the court's report and recommendation on January 9, 2026. Plaintiff asks the court to acknowledge that the December 15 filings were timely submitted; decline to adopt the report and recommendation relying solely on Plaintiff's failure to respond; permit Plaintiff to file/re-file his response and related pleadings; and grant him an extension of time to file; authorize filings by mail and/or through an outside representative; and other relief the court deems proper.

It is not proper for Plaintiff to submit documents for filing by way of email to court staff. Plaintiff indicates he has undertaken efforts to have the documents filed by proper means, and the court will address any request for relief by way of a properly filed motion after it has been fully briefed.

**IT IS SO ORDERED**.

Dated: January 21, 2026

_____
Craig S. Denney
United States Magistrate Judge

# EXHIBIT

| From: | Nicole Morgan |
|---|---|
| To: | KatieSutherland@nvd.uscourts.gov |
| Cc: | khill@ag.nv.gov; Karen Walker |
| Subject: | Notice of Submission Issues and Courtesy Copy of Motions – Harris v. State Case No. 3:22-cv-00556-ART-CSD |
| Date: | Tuesday, January 20, 2026 2:04:43 PM |
| Attachments: | Motion for status update.docx |
| | Tony Declaration.docx |

**CAUTION - EXTERNAL:**

In Re:

Harris v. State, et al.

Case No. 3:22-cv-00556-ART-CSD

Honorable Judges Traum and Denney,

I respectfully submit this email as a courtesy notice to the Court regarding recent filing issues beyond my control and to demonstrate my continued good-faith efforts to prosecute this matter without delay. I am copying Deputy Attorney General Kyle L. Hill to ensure notice to all parties.

On December 15, 2025, the scheduled in-unit law library visit did not occur. As a result, several motions that I timely prepared and submitted through interdepartmental mail were not transmitted to or received by the Court.

I am currently attempting to contact the legal assistant who originally prepared those filings so that duplicate copies may be resent to me for execution and proper refiling. Due to time constraints and to avoid further delay, I retained another legal assistant to prepare replacement documents.

Attached to this email is a Motion and supporting Declaration prepared for that purpose. These documents were provided to me in unformatted, raw

form. I have requested corrected formatting but have not yet received a response. Given the urgency of the matter, I am submitting these materials now solely to ensure timely notice to the Court and Defendants.

If the Court determines that these documents cannot be accepted due to formatting deficiencies, I respectfully apologize and emphasize that I do not intend to cause delay or disregard procedural requirements. Upon receipt of properly formatted copies, I will promptly file a motion to strike the improperly formatted submissions and replace them with compliant filings.

Thank you for the Court's time and consideration.

Humbly and respectfully submitted,

Anthony Harris

Plaintiff, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Anthony Harris #1169848

Plaintiff, in pro se

High Desert State Prison

Post Office Box 650

Indian Springs, Nevada 89070

A.HarrisUD@gmail.com


UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


Case No.: 3:22-cv-00556-ART-CSD

Plaintiff: Anthony Harris

Defendants: State of Nevada, et al.

---

**MOTION FOR STATUS UPDATE, NOTICE OF NON-RECEIPT OF FILINGS, REQUEST FOR EXTENSION OF TIME, AND REQUEST FOR RELIEF**


COMES NOW Plaintiff Anthony Harris, appearing pro se, and respectfully moves this Honorable Court for clarification and appropriate relief based upon newly received notice that the Court never received Plaintiff's filings submitted on December 15, 2025, and that the Magistrate Judge issued a Report and Recommendation recommending that Defendants' Motion for Summary Judgment be granted due solely to the absence of a response from Plaintiff.

---

I. BACKGROUND AND TIMELY SUBMISSION OF FILINGS

1. At HDSP, the sole authorized filing methods available are interdepartmental legal mail and physically handing documents to authorized law library staff. Because law library

staff failed to conduct scheduled in-unit visits, Plaintiff submitted filings via interdepartmental mail.

2. On or about December 15, 2025, Plaintiff timely submitted the following:
   o Motion to Amend
   o Amended Complaint
   o Response to Defendants' Motion for Summary Judgment
   o Motion for Appointment of Counsel
3. During the first week of January 2026, Plaintiff asked an inmate law library worker about the status of filings; the worker recalled seeing them but did not know what occurred and indicated they were given to the law library supervisor.
4. Plaintiff later received notice that the Court never received or docketed these filings.
5. Plaintiff received the Report and Recommendation dated January 5, 2026 on January 9, 2026.
6. The Report recommends summary judgment solely because Plaintiff's response was not received.
7. Plaintiff asserts that the absence of the response was not due to neglect or abandonment, but due to institutional errors beyond his control.

---

## II. IRREGULAR HANDLING OF LEGAL MATERIALS

1. Plaintiff previously received other motions delivered through other inmates, not law library staff.
2. These motions were previously filed motions, not the December 15 filings.

---

## III. PREJUDICE AND GOOD CAUSE FOR RELIEF

1. Plaintiff expended approximately $700 in legal preparation costs.
2. Plaintiff acted diligently and relied in good faith on available filing methods.
3. Good cause exists under Fed. R. Civ. P. 6(b) to grant an extension of time.

---

## IV. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Acknowledge that the December 15 filings were timely submitted;
2. Decline to adopt the R&R relying solely on Plaintiff's alleged failure to respond;
3. Permit Plaintiff to file/re-file Response and related pleadings;
4. Grant an extension of time to file;

5. Authorize filings by mail and/or through an outside representative to ensure filings occur;
6. Grant such other relief as the Court deems just and proper.


DATED this 14th day of January, 2026.


Respectfully submitted,

---

Anthony Harris

Plaintiff, Pro Se

Anthony Harris #1169848

Plaintiff, in pro se

High Desert State Prison

Post Office Box 650

Indian Springs, Nevada 89070

A.HarrisUD@gmail.com


UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


Case No.: 3:22-cv-00556-ART-CSD

Plaintiff: Anthony Harris

Defendants: State of Nevada, et al.

---

DECLARATION OF ANTHONY HARRIS


I, Anthony Harris, declare as follows:

1. I am Plaintiff in this action, incarcerated at High Desert State Prison.
2. On December 15, 2025, I timely submitted my Response to Defendants' Motion for Summary Judgment and related pleadings via authorized filing methods.
3. I relied on law library staff to transmit the filings to the Court.
4. I later learned that the Court never received the filings, and that a Report and Recommendation was issued solely due to their absence.
5. I did not abandon or neglect this case.
6. The failure of my filings to appear on the Court docket was entirely outside my control.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January, 2026.

---

Anthony Harris

Plaintiff, Pro Se