UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY HARRIS,

Plaintiff,

v.

GITTERE, *et al.*,

Defendants.

Case No. 3:22-cv-556-ART-CSD

ORDER

Plaintiff Anthony Harris seeks an extension of time to file a response to Defendants' motion for summary judgment and an objection to Magistrate Judge Denney's Report and Recommendation. (ECF Nos. 141, 142, 143.) Harris's response to Defendants' motion for summary judgment was due on December 15, 2025. (ECF No. 137.) Harris alleges that on that date he attempted to file a (1) motion to amend, (2) an amended complaint, (3) a response to Defendants' motion for summary judgment, and (4) a motion for appointment of counsel, by giving the filings to High Desert State Prison ("HDSP") law library staff. (ECF Nos. 141, 142, 143.)

Unbeknownst to Harris, those documents were not filed with this Court, and Defendants' motion for summary judgment was unopposed. As of this date, the Court has not received any of those filings, as Harris did not include them with his motion to extend.

Before the Court is Judge Denney's Report and Recommendation granting Defendants' motion for summary judgment. (ECF No. 139.) Harris received this Report and Recommendation several days after it was filed and was not able to file a timely objection. (ECF Nos. 141, 142, 143.)

Harris now requests an extension of time to file his response to Defendants' motion for summary judgment and his objection to the Report and

1

Recommendation. (ECF Nos. 141, 142, 143.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Harris's motion for an extension of time is GRANTED. (ECF Nos. 141, 142, 143.) Harris has until Thursday, March 5, 2026, to file his response to Defendants' motion for summary judgment and his objection to the Report and Recommendation.

DATED THIS 12th day of February 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE